■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE CALLABRASS, Appellant.—Judgment, Supreme Court, Bronx County (William Wallace, III, J.), rendered on January 29, 1985, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Kassal, JJ.